UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-30149-MAP

DANIEL BOURQUE, )
   Plaintiff )
)
v. )
)
THOMAS A. MOERLER, )
   Defendant

## NOTICE OF APPEARANCE AS COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as attorney for the Defendant, Thomas A. Moerler, in the above-captioned matter.

Defendant, Thomas A. Moerler,
By his Attorneys,

AVERY DOOLEY POST & AVERY

*Joseph M. Noone*
Joseph M. Noone, Esquire
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644

*James T. Sullivan*
James T. Sullivan
BBO #565700

## CERTIFICATE OF SERVICE

I, James T. Sullivan, hereby certify that I have this 2d day of September 2004, forwarded a copy of the foregoing document to all counsel of record by mailing same postage prepaid to:

Henry M. Downey
1500 Main St., Suite 1410
Springfield, MA 01115

*/s/ James T. Sullivan*
James T. Sullivan
AVERY DOOLEY POST & AVERY
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300