UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL BOURQUE
    Plaintiff

v.                  CIVIL ACTION  04-30149-MAP

THOMAS A. MOERLER
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment of dismissal entered for defendant, the Court having granted his Motion to Dismiss.

                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated: October 27, 2004          By /s/ Mary Finn
                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                        [jgm.]